10:30   •   🕐 5G .ıll 9.

← 🗂 🗑 ✉ ⋮

## FLIGHTS         Subtotal: $289.96

### DEPARTING FLIGHT 2095



St. Louis (STL) to Las Vegas (LAS)

Depart: 7/4/2023 6:27 PM | Arrive: 7/4/2023 8:03 PM
Total Duration: 3 hr 36 min

### RETURNING FLIGHT 1210



Las Vegas (LAS) to St. Louis (STL)

Depart: 7/6/2023 9:26 AM | Arrive: 7/6/2023 2:45 PM
Total Duration: 3 hr 19 min

## PASSENGERS

# Hotel Luxor Hotel and Casino sent you a message   Inbox

**Hotels reservations** 3 days ago
to me

Luxor Hotel and Casino sent you a message:

[URGENT] Message regarding your upcoming stay: We expect a lot of travel this week and recommend you consider checking into your reservation using MGM's mobile app. Using our Mobile app you can check-in, skip the line, and use the digital key for your elevator and room access. Please reference the confirmation below to complete your check-in: Arrival: 2023-07-04 Departure: 2023-07-06 Confirmation: 38704477 The MGM Resorts Mobile app is available on iOS and Android app stores.

Stay secure! Never provide credit card information in a message or on a website after

Case: 4:23-cv-00867-CDP   Doc. #: 1-3   Filed: 07/07/23   Page: 3 of 8 PageID #: 12

10:31       5G

**SEATS**                    Subtotal: $0.00

### SEATS - STL to LAS



1 - Porcha Mitchell

Seat Assignment: 25C

### SEATS - LAS to STL



1 - Porcha Mitchell

Seat Assignment: 31C

**BAGS**                    Subtotal: $0.00



# PURCHASE SUMMARY

## AMOUNT PAID: $289.96





**You Have An Appointment**

**VA** — U.S. Department of Veterans Affairs

Northeast VA Clinic

Your appointment details:

Date: **Wednesday, Jul 05, 2023**
Time: **2:30 pm**

Clinic: **NEC PRIMARY CARE NURSE PRACTIT**
Location: **4461 E CHARLESTON BLVD**
NORTHEAST PCC
LAS VEGAS, NV 89104-5537

Please bring all your health insurance...

Bring your VA card with you.

Check in at least 15 minutes before your appointment.
Let us know if you need to update your:
 mailing address
 phone number
 private health insurance (if applicable)
To cancel, please call 24 hours prior to your appointment.
*** All VA facilities are smoke free. ***

Can't make it?
Please call
702-791-9050
to cancel.

A fellow Veteran can have this time slot if you call to cancel at least 24 hours ahead.

Thank you for your service.

Have a question?
702-791-9050
We look forward to seeing you!

---

Handwritten annotations:

① I SIDNEY KEYS MISSED MY DOCTOR'S APPOINTMENT BECAUSE FRONTIER AIRLINES WOULD NOT ALLOW ME TO FLY ON JULY 4th 2023, TELLING ME THAT THE AIRLINES SOLD TO MANY TICKETS 13 TO MANY TICKETS SOLD OVER THERE LIMIT.

MY TICKET NUMBER IS W8RYSY

② I HAD PAID HOTEL RESERVATION ON JULY 4th 2023 LUXOR HOTEL

③ FRONTIER REFUSED TO GIVE A REFUND

[signature: Sidney Keys]





You can check-in and retrieve your boarding pass 24 hours before your flight.

Need to update or cancel/change your flight?



**FRONTIER**
Summary Receipt
Owning Carrier. F9
KEYS/SIDNEY

Agent: at611776
Issue Date: 30Jun23 09.08 AM

W8RYSY

**FRONTIER**

F92095 D 04Jul23 STLLAS 06:27P 08:03P
F91210 T 06Jul23 LASSTL 09:26A-02:45P

Charges
Fares              210.16 USD
Fees and Taxes     210.16 USD
Service:             0.00 USD

NON-Employee *[handwritten, illegible]*
SIDNEY - *[handwritten, illegible]*
*[handwritten, illegible]*

TOTAL              239.96 USD
Payments
30Jun23 VI         239.96 USD

PAYMENT              0.00
BALANCE              0.00
Page 1 of 1

**FRONTIER**
Payment Receipt

**FRONTIER**

Receipt MEMG5Q-01

Confirmation:   Issued Date:
MEMG5Q          01Jul23

Issue Date: 01Jul23 08:26 AM
Confirmation: MEMG5Q

Received Date:   01Jul23
Received By:     AT40840
Received:        VI
Total Amount:    289.96 USD
Payment Status:  APPROVED
Remark:

Received Date:   01Jul23
Received By:     AT40840
Received:        VI
Payment Status:  APPROVED

XXXXXXXX4121 PAYMENTCARD   VI   Total Amount:   289.96 USD

